# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
We Brotheran Norzai Construction Company ) ASBCA No. 61073
  BNRCC )
)
Under Contract No. W5J9LE-11-C-0018 )

APPEARANCE FOR THE APPELLANT:      Mr. Shamsi

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
       Engineer Chief Trial Attorney
     Regina L. Schowalter, Esq.
       Engineer Trial Attorney
       U.S. Army Engineer District, Middle East
       Winchester, VA

## ORDER OF DISMISSAL

By Orders dated 1 March and 22 March 2017, the Board requested that appellant provide a copy of the claim it submitted to the contracting officer prior to the filing of this appeal. In response, appellant indicated that it never submitted its claim to the government, and requested contact information for the contracting officer. The government has provided appellant with the contact information for the cognizant contracting officer. By Order dated 5 April 2017, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer. ·

The contractor is advised that Board Rule 15 sets forth the criteria for representation before the Board. As set forth in Rule 15, "a corporation may be represented by one of its officers; and a partnership or joint venture by one of its members; or...by an attorney at law duly licensed in any state, commonwealth, territory, the District of Columbia, or in a foreign country."

Dated: 2 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61073, Appeal of We Brotheran Norzai Construction Company BNRCC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals